William Clough, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Charles A. Cochrane and Leavitt H. Sage, Appellants, v. Westchester Electric Railroad Company, Respondent.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Chaim Feldman, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment of the Municipal Court reversed on the ground that it is against the weight of evidence, and new trial ordered, costs to abide the event. Jenks, Hooker, Gaynor and Miller, JJ., concurred ; Rich, J., taking no part.

Jacob J. Fine, Appellant, v. The Whitehall Realty Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Miller, JJ., concurred ; Rich, J., dissented.

Joseph Frank, Respondent, v. Henry C. Meith, Defendant, and George B. Ruthman, Appellant.— Judgment of the Municipal Court, affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Pasquale Garguilo, Respondent, v. Hugo Cahn and Joseph Brussell, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mary Ginder, Respondent, v. Eugene B. Howell, as Receiver of the Long Island Real Estate Exchange and Investment Company, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

William J. Glacken, Respondent, v. Bornn & Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The Gould-Weldon Company, Respondent, v. Morris Goldstein and Joseph H. Rothner, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 17.) — Judgment of the Municipal Court affirmed, with costs. (See decision in *Harkow* v. *New York City Railway Company, No. 16,* decided herewith, *ante,* p. 194.)

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 18.) — Judgment of the Municipal Court affirmed, with costs. (See decision in *Harkow* v. *New York City Railway Company, No. 16,* decided herewith, *ante,* p. 194.)

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 19.) — Judgment of the Municipal Court affirmed, with costs. (See decision in *Harkow* v. *New York City Railway Company, No. 16,* decided herewith, *ante,* p. 194.)

Joseph H. Harkow, Appellant, v. New York City Railway Company, Respondent. (Action No. 20.) — Judgment of the Municipal Court affirmed,